**In the Interest of Rebecca Lynn CRAWFORD, a Child.**

**No. 07–02–0339–CV.**

Court of Appeals of Texas, Amarillo.

Jan. 8, 2003.

Ricky Allen Crawford, Lubbock, pro se.

Chris D. Prentice, Plainview, for appellee.

Before QUINN and REAVIS, JJ., and BOYD, SJ.[1]

JOHN T. BOYD, Senior Justice (Retired).

In this proceeding, appellant Ricky Allen Crawford gave timely notice of appeal from a June 24, 2002 trial court order modifying the parent-child relationship between appellant, the child Rebecca, and the child's mother, Lisa Christine Crawford. Although the clerk's and reporter's records have been filed, no further action has been taken in the appeal.

Accordingly, on December 6, 2002, a notice was sent to appellant at the address which is contained in the court file. The purpose of the notice was to advise appellant that unless a response from him reasonably explaining his failure to file his brief, together with a showing that appellee has not been significantly injured by the failure to file the brief was received by December 17, 2002, his appeal would be subject to dismissal for want of prosecution. *See* Tex.R.App. P. 38.8.

No such reply has been received. Accordingly, this appeal must be, and is hereby dismissed.

1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. § 75.002(a)(1) (Vernon Supp.2002).